THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0085-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JAMES LOWELL PHILLIPS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's application for writ of habeas corpus ad prosequendum (Dkt. No. 25). This matter is hereby REFERRED to the criminal duty magistrate judge.

DATED this 19th day of April 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk