1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

JAMES LOWELL PHILLIPS,

                Defendant.

NO.  CR17-85-JCC

DETENTION ORDER

Offense charged:

    Count 2:    Felon in Possession of a Firearm

Date of Detention Hearing:  April 27, 2017

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      1.    Defendant has stipulated to detention due to being already held in custody on another matter, but reserves the right to contest his continued detention if there is a change in circumstances.

      2.    There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the
        Attorney General for confinement in a correction facility separate, to the extent
        practicable, from persons awaiting or serving sentences or being held in custody
        pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with
        counsel;

(3)     On order of a court of the United States or on request of an attorney for the
        government, the person in charge of the corrections facility in which defendant
        is confined shall deliver the defendant to a United States Marshal for the
        purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to
        counsel for the defendant, to the United States Marshal, and to the United States
        Pretrial Services Officer.

DATED this 27th day of April, 2017.

_____
JAMES P. DONOHUE
Chief United States Magistrate Judge