UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0085-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBERT HAROLD SMITH, a/k/a "DUKE," *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant James Lowell Phillips's unopposed motion to continue the sentencing date (Dkt. No. 130). The Court, finding good cause, GRANTS the motion. The sentencing date is hereby CONTINUED to December 18, 2018 at 9:00 a.m.

DATED this 21st day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
